UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                          :
ANTHONY ADJEI,                                            :
                                                          :
                                                          :
                     Plaintiff,                           :
                                                          :         24-CV-08460 (JAV)
        -v-                                               :
                                                          :              ORDER
NYC ENVIRONMENTAL PROTECTION INC.,                        :
                                                          :
                     Defendant.                           :
---------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Pursuant to the Court's Order dated October 15, 2025, ECF No. 49, Plaintiff was required
to file a status report, by December 8, 2025.  To date, Plaintiff has not filed a status report.  As a
courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 20, 2026**.

        SO ORDERED.

Dated: January 13, 2026                          _____
        New York, New York                            JEANNETTE A. VARGAS
                                                      United States District Judge